| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Elizabeth A. Schneider, SBN 154471<br>4361 Latham Street, Suite 270<br>Riverside, CA  92501-1749<br>(951) 826-8000   FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER  6: 10-bk-15458-MJ |
|---|---|
| In re:<br><br>JOSEPH EDWARD DUNN and<br>STEPHANIE ANN DUNN<br><br><br><br>Debtor(s). | (No Hearing Required) |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☐ OTHER: _____

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on ___08/05/10___ as docket entry number ___#21___, recommends:

☐     APPROVAL

☐     APPROVAL on the following conditions:
_____.
_____ ☐ See attached sheet.

☐     DISAPPROVAL for the following reasons:
_____.
_____ ☐ See attached sheet.

☒     Set for hearing. The modification is proposed in bad faith in that the debtors are requested the percent to the unsecured creditors be reduced from 100% to 33%, but are proposing to keep the travel trailer, an expense not reasonable or necessary to debtors' reorganization, at $256/month. In addition to this expense, the Chapter 13 Trustee takes exception to the following Schedule J expense categories:

Dated:   08/08/10                                                                    _Rod Cal_ (signature)
                                                                                     Chapter 13 Trustee

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008                                                                                                F 3015-1.13

The debtors have submitted 2 Schedule J's, as the residence is located in Manifee, CA and one of the debtor's works in 29 Palms. For purposes of assessment of the reasonableness of the following expenses, some of the expenses have been combined for total calculations.

**Telephone @ a Combined Expense of $300/month:** With the cost of mobile telephone plans the combined expense for this category @ $300/month is excessive. Mobile phones can be used for communication purposes while the one debtor is out of area at minimal cost with the right plan an usage allocation. The cost of 2 mobile phones + 1 land line at the residence can be obtained for much less than the $300/month allocated for this expense category.

**Cable:** The combined cost allocated for this expense category is $130; the combined recreation expense is $100/month. It has always been the Chapter 13 Trustee's position, anything more than basic cable is unnecessary and, therefore, unreasonable. Because one of the debtors is out of the area, basic cable for 2 locations should not run more than approximately $80/month in total.

**Food:** The combined expense for this category is $725 for a household size of 2 adults. This is more that what is reasonable for a household of 2.

**Clothing:** The combined expense for this category is $150; again, for a household the size of 2 adults. At this time, only one debtor is working.

**Life Insurance:** The 1 working debtor obtains life insurance benefits through the U.S. Government (FEGLI); therefore, an additional cost in this category is not necessary or reasonable.

**Travel Trailer:** As indicated above, the retention of the travel trailer at the expense of the unsecured creditors is not necessary and is, therefore, unreasonable.

Based on a review of debtors Schedule I & J and proof of income, the debtors can afford a plan payment of $800/month. Therefore, the Chapter 13 Trustee makes the following recommendation:

Extend 0; suspend 3 (5/10-7/10); starting 8/10 the plan payment be reduced from $1,500 to $800/month for 20 months; starting 4/12, the plan payment be increased to $1,067/month for 21 months; starting 10/13, the plan payment be increased to $1,455/month for the remainder of the plan. The percent to the unsecured creditors be decreased from 100% to 49%; the base plan amount be reduced from $90,000 to $61,777; debtors surrender the travel trailer; all income over $100,000 and tax refunds be pledged to the plan.

If the debtors agree with the Chapter 13 Trustee's recommendation an order to that effect may be submitted via LOU; otherwise, an order setting this matter for hearing should be submitted.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                               F 9013-3.1

| In re: ~~JOHNSON~~ Dunn | | CHAPTER 13 |
| | Debtor(s). | 10-bk-15458 |
| | | CASE NUMBER 6: ~~09-bk-38922~~-MJ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4361 Latham Street, Suite 270; Riverside, CA   92501-1749

The foregoing document described **TRUSTEE'S COMMENTS ON OR OBJECTION TO DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___08/08/10___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ecf@doanlaw.com                                                               ☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___8-9-10___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Joseph E. Dunn; Stephanie A. Dunn; 30082 Westlake Drive; Menifee, CA   92584

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___8-9-10___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Meredith Jury
U.S. Bankruptcy Court, Riverside Division
3420 Twelfth Street
Riverside, CA   92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8-9-10 | Susan Jones | *Susan Jones* (signature) |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                          F 9013-3.1