Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSEPH EDWARD DUNN<br>STEPHANIE ANN DUNN<br><br>Debtor(s). | Case No.: 6:10-bk-15458-MJ<br><br>NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE<br>[ 11 U.S.C. 1307(c) ]<br><br>Hearing Date: 9/13/2010 |

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 7/1/2010.

The hearing on this motion which was scheduled for 9/13/2010, should be taken off calendar.

Date: 9/9/2010

_____
Rod Danielson, Chapter 13 Trustee

FG:181