# United States Bankruptcy Court
## Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

**Monday, November 22, 2010**　　　　　　　　　　　　　　　　　**Hearing Room 301**

1:30 pm

**6:10-15458**　　Joseph Edward Dunn and Stephanie Ann Dunn　　　　**Chapter 13**
#13.00　　Motion for Order Disallowing Claim (4-1) in the Alternative (6-1) of US Bank
　　　　Mtn/ntc fld 10-14-10 - Doan Law Firm **[ECF]**
　　　　　　　　Docket #:　35


**Matter Notes:**
PRESENT:

　　　　　　　　　　　　　　　, for Rod Danielson, Trustee

　　　　　　　　Cher　, for Debtor

　　　　　　　　　　　, for

( X ) Granted　　　( ) Denied　　　( ) Dismissed

( )　Stipulation by the parties with respect to relief sought to be filed　　with the court within 7 days

( )　Continuance - hearing on motion is continued to _____
　at _____ am / pm

( )　Off calendar

( X )　Other　Disallow 4; Reallocate payments from claim #4 to claim #6

(X) ORDER TO FOLLOW  ( ) TO BE LODGED
(X) NO LODGEMENT NECESSARY

( ) WALK THROUGH　　( ) CHAMBER'S ORDER

( ) CLERK'S ORDER VAN 153  [CHAPTER 13'S ONLY]


**Judge:**
　EH _____